UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose DIVISION

In re: South Valley Neurology, P.C.  §  Case No. 17-52445
                                     §
                                     §
                                     §
       Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kari S. Bowyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $498,823.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,087.95 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $51,519.35 | | |

3) Total gross receipts of $59,607.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $59,607.30 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $64,344.35 | $51,519.35 | $51,519.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,751.90 | $1,751.90 | $1,751.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,049,361.94 | $958,690.68 | $12,532.42 | $6,336.05 |
| **TOTAL DISBURSEMENTS** | $1,049,361.94 | $1,024,786.93 | $65,803.67 | $59,607.30 |

4) This case was originally filed under chapter 7 on 10/05/2017. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2019    By: /s/ Kari S Bowyer
                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Outstanding AR | 1221-000 | $4,904.52 |
| Overpayment of California state income state-12/17 tax year | 1224-000 | $1,399.00 |
| Assets of business Inventory, office furniture, books and art, medical diagnostic equipment. | 1129-000 | $22,000.00 |
| Release of claims against BASS (known or unknown) | 1249-000 | $332.32 |
| Luraco i7 Robotics Massage Chair | 1229-000 | $2,600.00 |
| Pre-petition Installment agreement with BASS for use of Estate Assets. | 1229-000 | $5,833.08 |
| Peloton Spin Bike - Purchased 2016 | 1229-000 | $1,400.00 |
| Patient records, both paper and digital are protected by HIPPA and are being stored at Bay Area Surgical Specialists, In | 1129-000 | $1,000.00 |
| Cash on hand | 1129-000 | $40.00 |
| Fraudulent Transfer of estate assets to Corde Valle | 1241-000 | $19,695.00 |
| checking account Account at Pinnacle Bank | 1129-000 | $403.38 |
| **TOTAL GROSS RECEIPTS** | | **$59,607.30** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kari S. Bowyer | 2100-000 | NA | $6,230.37 | $6,230.37 | $6,230.37 |
| Trustee, Expenses - Kari S. Bowyer | 2200-000 | NA | $34.56 | $34.56 | $34.56 |
| Bond Payments - BOND | 2300-000 | NA | $1.49 | $1.49 | $1.49 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $618.64 | $618.64 | $618.64 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - Glosson Law | 3210-000 | NA | $33,262.50 | $20,437.50 | $20,437.50 |
| Special Counsel for Trustee Fees - Fox Rothschild LLP | 3210-600 | NA | $9,822.50 | $9,822.50 | $9,822.50 |
| Attorney for Trustee Expenses (Other Firm) - Glosson Law | 3220-000 | NA | $194.40 | $194.40 | $194.40 |
| Special Counsel for Trustee Expenses - Fox Rothschild LLP | 3220-610 | NA | $399.11 | $399.11 | $399.11 |
| Accountant for Trustee Fees (Other Firm) - Bachecki,Crom & Co. | 3410-000 | NA | $12,875.50 | $12,875.50 | $12,875.50 |
| Accountant for Trustee Expenses (Other Firm) - Bachecki,Crom & Co. | 3420-000 | NA | $105.28 | $105.28 | $105.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$64,344.35** | **$51,519.35** | **$51,519.35** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | NA | $1,751.90 | $1,751.90 | $1,751.90 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,751.90** | **$1,751.90** | **$1,751.90** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Everbank Commercial Finance | 7100-000 | $2,429.03 | $2,532.42 | $2,532.42 | $2,532.42 |
| 3 | Pinnacle Bank c/o Dougherty & Guenther, APC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4U | Pinnacle Bank c/o Dougherty & Guenther, APC | 7400-000 | $966,885.71 | $956,158.26 | $10,000.00 | $3,803.63 |
| N/F | Bay Area Surgical Specialists, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dataflow Business Systems, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Morgan Hill Medical Properties, LLC | 7100-000 | $80,047.20 | NA | NA | NA |
| N/F | Sequoia Insurance Company | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,049,361.94** | **$958,690.68** | **$12,532.42** | **$6,336.05** |

Exhibit 8  
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 17-52445 | Trustee Name: | (001760) Kari S. Bowyer |
|---|---|---|---|
| Case Name: | South Valley Neurology, P.C. | Date Filed (f) or Converted (c): | 10/05/2017 (f) |
| | | § 341(a) Meeting Date: | 11/14/2017 |
| For Period Ending: | 05/15/2019 | Claims Bar Date: | 02/06/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 40.00 | 40.00 | | 40.00 | FA |
| 2 | checking account Account at Pinnacle Bank | 403.38 | 403.38 | | 403.38 | FA |
| 3 | checking account Account at Bank of America<br>Confirmed $0.00 balance. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Security deposit with commercial landlord, Morgan Hill Medical Properties, LLC | 6,623.00 | 6,623.00 | | 0.00 | FA |
| 5 | Other inventory or supplies: Used, custom embrodiered white coats, Net Book Value: $0.00<br>See asset 20. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Kyocera leased copiers. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Office furniture - tables, chairs, desks, file cabinets, stools, TV, DVD player, shelving, kitchen appliances. All furniture was subleased to Bay Area Surgical Specialists, Inc., on March 28, 2017, pursuant to an oral sublease and under the Employment Agreement with Debtor's President.. Valuation Method: Liquidation<br>See asset 20 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8 | Books, posters, prints, canvases, metal wall art. Valuation Method: Liquidation<br>See asset 20 | 300.00 | 300.00 | | 0.00 | FA |
| 9 | Computers, iPad, scanners, telephones, medical supplies, sherdder, router, misc office supplies, etc. All foffice quipment was subleased to Bay Area Surgical Specialists, Inc., on March 28, 2017, pursuant to an oral sublease and an Employment Agreement with Debtor's President.. Valuation Method: Liquidation<br>See asset 20 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10 | Medical diagnostic equipment - All medical diagnostic equipment was subleased to Bay Area Surgical Specialists, Inc., on March 28, 2017, pursuant to an oral sublease and an Employment Agreement with Debtor's President.. Valuation Method: Liquidation<br>See asset 20 | 10,000.00 | 10,000.00 | | 0.00 | FA |

| Case No.: | 17-52445 | Trustee Name: | (001760) Kari S. Bowyer |
| --- | --- | --- | --- |
| Case Name: | South Valley Neurology, P.C. | Date Filed (f) or Converted (c): | 10/05/2017 (f) |
| | | § 341(a) Meeting Date: | 11/14/2017 |
| For Period Ending: | 05/15/2019 | Claims Bar Date: | 02/06/2018 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 11 | Leasehold Interest in commercial property located at 16130 Juan Hernandez Drive, Ste. 110, Morgan Hill, CA. Debtor entered into an oral sublease with Bay Area Surgery Specialists, Inc. to sublease this property which commenced March 28, 2017 and terminates after 1 year. | Unknown | 0.00 | | 0.00 | FA |
| 12 | Website is not owned by the Debtor but is owned by MDCcovered Webservices.. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | License of trade name "South Valley Neurology Division" to Bay Area Surgical Specialists, Inc.. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Patient records, both paper and digital are protected by HIPPA and are being stored at Bay Area Surgical Specialists, Inc., 16130 Juan Hernandez Drive, Suite 110, Morgan Hill, CA, 95037, with a date of service of 3/28/17 or earlier. All records with a date of service after 3/28/17 are held at Bay Area Surgical Specialists, Inc., 2637 Shadelands Drive, Walnut Creek, CA 94598.. Sale/comp with BASS Motion (DKT 41), order approving (Dkt 53) | 0.00 | 1.00 | | 1,000.00 | FA |
| 15 | Therapy dog - Debtor's President rescued a 4 year old maltipoo dog and uses it as a therapy dog. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | California State Payment (u) California state- funds part of AR not tax refund. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Outstanding AR (u) | 0.00 | 4,748.32 | | 4,904.52 | FA |
| 18 | Pre-petition Installment agreement with BASS for use of Estate Assets. (u) | 0.00 | 5,833.08 | | 5,833.08 | FA |
| 19 | Fraudulent Transfer of estate assets to Corde Valle (u) | 19,695.00 | 19,695.00 | | 19,695.00 | FA |
| 20 | Assets of business Inventory, office furniture, books and art, medical diagnostic equipment. Combine of asset 5,7,8,9 and 10 Sale/comp with BASS Motion (DKT 41), order approving (Dkt 53) Report of Sale (Dkt 55) | 17,300.00 | 17,300.00 | | 22,000.00 | FA |
| 21 | Breach of fiduciary duty- improper shareholder distributions (u) withdrew compliant after stipulation with largest creditors. Order approving Dkt 58 | 474,900.00 | 474,900.00 | | 0.00 | FA |
| 22 | Refund for AR to SVN- prior to BASS (u) Listed with AR. | 0.00 | 0.00 | | 0.00 | FA |

| Case No.: | 17-52445 | Trustee Name: | (001760) Kari S. Bowyer |
| Case Name: | South Valley Neurology, P.C. | Date Filed (f) or Converted (c): | 10/05/2017 (f) |
| | | § 341(a) Meeting Date: | 11/14/2017 |
| For Period Ending: | 05/15/2019 | Claims Bar Date: | 02/06/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Insurance payments, included with AR (Dkt 17) (u) | 0.00 | 2,137.68 | | 0.00 | FA |
| 24 | Payment for Medical Records (u)<br>Included with AR; reimbursement for forwarding patient records. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Peloton Spin Bike - Purchased 2016 (u) | 1,200.00 | 1,200.00 | | 1,400.00 | FA |
| 26 | Luraco i7 Robotics Massage Chair (u)<br>Added to scheduled 11/22/17 Dkt 20<br> Motion to Sell (Dkt 32); Order approving (Dkt 45)<br>Report of sale (Dkt 45) | 3,894.00 | 3,894.00 | | 2,600.00 | FA |
| 27 | Possible fraudulent transfer to HZK Development.  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Overpayment of California state income state-12/17 tax year (u) | 0.00 | 1,399.00 | | 1,399.00 | FA |
| 29 | Debtor Sublease with BASS for commercial Property 16130 Juan Hernandez (55.2 petition) | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Release of claims against BASS (known or unknown) (u) | 0.00 | 100.00 | | 332.32 | FA |
| 31 | VOID Duplicate | 0.00 | 0.00 | | 0.00 | FA |
| **31** | **Assets Totals (Excluding unknown values)** | **$541,355.38** | **$555,574.46** | | **$59,607.30** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 4

Case No.: 17-52445  
Case Name: South Valley Neurology, P.C.  
For Period Ending: 05/15/2019

Trustee Name: (001760) Kari S. Bowyer  
Date Filed (f) or Converted (c): 10/05/2017 (f)  
§ 341(a) Meeting Date: 11/14/2017  
Claims Bar Date: 02/06/2018

**Major Activities Affecting Case Closing:**

10/6/17 Phone conference with counsel re estate assets;
10/16/17 Phone call with creditor re case.
10/24/17 Contact UST office re transfer of patient files pre-petition;
10/26/17 Onsite visit with West to confirm estate assets and potential value.
11/1/17 Follow-up with counsel re documents to support Pinnacle bank is actually secured.
11/14/17 MOC scheduled- continued for documents.
11/30/17 Confirmed via phone call that lease payments are current.
12/10/17 Prepared for continued meeting of creditors, including additional questions.
12/12/17 Conducted and concluded continued meeting of creditors- additional documents still due.
1/8/18 Phone conference with counsel to discuss current issues
1/15/18 Email to Jay re employment in the case. Update case information
01/29/18 Follow-up on email re chair listed in amended schedules
01/30/18 Email to/from potential agent re value of previously unlisted asset
02/01/18 Phone conference with counsel re settlement terms
2/19/18 Spoke with counsel re Cordevalle settlement language and return of funds from 3rd party account.
2/26/18 Phone conference with counsel re two settlement agreements and actions going forward.
2/27/18 Review notice and motion to sell estate assets.
3/15/18 Filed Ex-Parte application to pay post-petition estate taxes
03/16/18 Order entered approving payment.
3/17/18 Mailed FTB payment copied accountant.
3/17/18 Review notice and motion for BASS settlement, edit and return to counsel.
04/03/18 Contact counsel and request filing of 523 complaint.
04/16/18 Received employment for special counsel- request phone call
04/19/18 Spoke with special counsel re case.
04/20/18 Sign and return application to employ
4/22/18 Received Tax notice, forwarded to accountant for review.
04/25/18 Review email from counsel re litigation and issues and respond to same.
04/26/18 Forward correspondence demanding turnover of security deposit on underlying lease.
04/30/18 Confirmed order entered approving sale- file report of sale.
05/03/18 Received correspondence for request to pause case administration so debtors can resolve issues with bank (largest creditor); spoke with creditor to see if agreeable and explained our strategy. Ok to wait for short period. Only asset is pursuing litigation. No SOL issue- extension to file complaints.
06/15/18 Confirmed Extension to file deadlines for dischargeability in personal case filed.
06/20/18 Report of sale for equipment and bike and chair filed.
06/21/18 No response on initial demand for turnover of security deposit; Send supplemental turnover demand via certified mail.
07/23/18 Confirmed status of settlement with Dr. K on creditors claim; phone conference with counsel re status of filing underlying complaint and stipulation. If no action file complaint in Aug.
08/15/18 Review sign and return 2017 tax return.
08/16/18 Confirmation no response on settlement; if no update file complaint by 09/1/18
08/28/18 Phone call with counsel re settlement.
09/21/18 Review draft complaint and phone call with special counsel.
09/26/18 Informed Trustee is related case re filing underlying complaint.
10/12/18 Largest creditor in case stipulated to amount and withdrawal of underlying claim in case. Respond.
10/23/18 Resolve issues with stipulation and advise counsel on how to proceed.
11/1/18 Court approved stipulation with bank.
11/6/18 Voluntary dismissal of compliant filed.
11/15/18 Request final tax return and advise all professionals to prepare final fee applications. Review sign and return counsel's fee application.
12/12/18 Review sign and return approval of accountants and special counsels fees.
1/2/19 Prepare and submit Trustee Final Report.
02/28/19 Hearing on Final report
03/06/19 Confirm all orders signed and filed. Mail Distributions
05/15/19 Confirm all checks cleared. File TDR

Case: 17-52445    Doc# 73    Filed: 06/07/19    Entered: 06/07/19 09:05:35    Page 9 of 15

UST Form 101-7-TDR ( 10 /1/2010)

**Case No.:** 17-52445  
**Case Name:** South Valley Neurology, P.C.  

**Trustee Name:** (001760) Kari S. Bowyer  
**Date Filed (f) or Converted (c):** 10/05/2017 (f)  
**§ 341(a) Meeting Date:** 11/14/2017  

**For Period Ending:** 05/15/2019  
**Claims Bar Date:** 02/06/2018  

**Initial Projected Date Of Final Report (TFR):** 07/31/2019  
**Current Projected Date Of Final Report (TFR):** 01/04/2019 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 17-52445 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | South Valley Neurology, P.C. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4142 | Account #: | ******3800 Checking |
| For Period Ending: | 05/15/2019 | Blanket Bond (per case limit): | $55,486,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/25/17 | {2} | South Valley Neurology, PC | Turnover of Pinnacle Bank Funds | 1129-000 | 403.38 | | 403.38 |
| 10/25/17 | {17} | State of California | California State Tax Refund (year unknown) California State Tax Refund (year unknown) California State Tax Refund (year unknown) | 1221-000 | 25.00 | | 428.38 |
| 10/25/17 | {18} | Bay Area Surgical Specialists, Inc | Installment payment for use of estate assets. | 1229-000 | 972.18 | | 1,400.56 |
| 10/25/17 | {17} | Anthem Blue Cross | Account Receivable | 1221-000 | 313.21 | | 1,713.77 |
| 10/26/17 | {17} | State of California | Funds received on site- from state for client files. | 1221-000 | 15.00 | | 1,728.77 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,718.77 |
| 11/09/17 | {18} | Bay Area Surgical Specialists, Inc | November Lease Payment | 1229-000 | 972.18 | | 2,690.95 |
| 11/20/17 | {1} | Haig Kouyoumdjian and Zepure Houyoumdjian | South Valley Neurology Petty Cash | 1129-000 | 40.00 | | 2,730.95 |
| 11/30/17 | {18} | Bay Area Surgical Specialists, Inc | Installment payment for rental of estate property. | 1229-000 | 972.18 | | 3,703.13 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,693.13 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,683.13 |
| 01/03/18 | {18} | Bay Area Surgical Specialists, Inc | Installment payments for use of estate assets. | 1229-000 | 972.18 | | 4,655.31 |
| 01/25/18 | 101 | International Sureties, LTD | Bond #016048574 Term 01/01/18-01/01/19 | 2300-000 | | 1.49 | 4,653.82 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,643.82 |
| 02/01/18 | {18} | Bay Area Surgical Specialists, Inc | Installment payment on use of estate assets. | 1229-000 | 972.18 | | 5,616.00 |
| 02/08/18 | | HZK Area Developement | Return of post-petition funds deposited into third party account. | | 2,406.42 | | 8,022.42 |
| | {17} | | Bass Refund of AR belonging to SVN $120.17 | 1221-000 | | | 8,022.42 |
| | {17} | | Insurance Payment $1,636.19 | 1221-000 | | | 8,022.42 |
| | {17} | | Insurance Payment $244.52 | 1221-000 | | | 8,022.42 |
| | {17} | | Mario Record $25.00 | 1221-000 | | | 8,022.42 |
| | {17} | | State of of New York $10.00 | 1221-000 | | | 8,022.42 |

Page Subtotals: $8,063.91 $41.49

Case: 17-52445   Doc# 73   Filed: 06/07/19   Entered: 06/07/19 09:05:35   Page 11 of 15

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | |
|---|---|---|
| **Case No.:** 17-52445 | **Trustee Name:** | Kari S. Bowyer (001760) |
| **Case Name:** South Valley Neurology, P.C. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***4142 | **Account #:** | ******3800 Checking |
| **For Period Ending:** 05/15/2019 | **Blanket Bond (per case limit):** | $55,486,801.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {17} | | From ABI Document Support $15.00 | 1221-000 | | | 8,022.42 |
| | {17} | | Overpayment for Services $23.57 | 1221-000 | | | 8,022.42 |
| | {17} | | Insurance Payment $256.97 | 1221-000 | | | 8,022.42 |
| | {17} | | Law office of Starkey $25.00 | 1221-000 | | | 8,022.42 |
| | {17} | | Law offices of Starkey $50.00 | 1221-000 | | | 8,022.42 |
| 02/08/18 | | Dr Haig Houyoumdjian and Dr Zepure Houyoumdjian | Turnover of estate funds received post-petition | | 458.27 | | 8,480.69 |
| | {17} | | Paid by Compex $15.00 | 1221-000 | | | 8,480.69 |
| | {17} | | Paid by ABI Document Support $15.00 | 1221-000 | | | 8,480.69 |
| | {17} | | Paid by Life Insurance Co of North America $40.00 | 1221-000 | | | 8,480.69 |
| | {17} | | Paid by Angelina Valle Attorney $150.00 | 1221-000 | | | 8,480.69 |
| | {17} | | Paid by Thompson Law Offices PC $15.00 | 1221-000 | | | 8,480.69 |
| | {17} | | Paid by Kelley $50.00 | 1221-000 | | | 8,480.69 |
| | {17} | | Paid by Douglas D $173.27 | 1221-000 | | | 8,480.69 |
| 02/26/18 | | Dr Haig Houyoumdjian and Dr Zepure KouyoumdJian | Purchase estate's interest in Bike and Chair subject to overbid and court approval. | | 4,000.00 | | 12,480.69 |
| | {25} | | Purchase estate's interest in bike, minus 12% auctioneer fees. $1,400.00 | 1229-000 | | | 12,480.69 |
| | {26} | | Purchase estate's interest in Massage Chair, reduction for cos and expenses $2,600.00 | 1229-000 | | | 12,480.69 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 12,470.69 |
| | | | **Page Subtotals:** | | **$4,458.27** | **$10.00** | |

Case: 17-52445   Doc# 73   Filed: 06/07/19   Entered: 06/07/19 09:05:35   Page 12 of 15

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

| Case No.: | 17-52445 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | South Valley Neurology, P.C. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4142 | Account #: | ******3800 Checking |
| For Period Ending: | 05/15/2019 | Blanket Bond (per case limit): | $55,486,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/18 | {18} | Bay Area Surgical Specialists, Inc | March Installment payment for use of estate assets. | 1229-000 | 972.18 | | 13,442.87 |
| 03/08/18 | {19} | Cordevalle LP | Return of Funds- Prepetition Fraudulent Transfer | 1241-000 | 19,695.00 | | 33,137.87 |
| 03/17/18 | 102 | Franchise Tax Board | TIN 45-2084142; 2018 Form 100-ESOrder approving payment (Dkt 38) | 2820-000 | | 800.00 | 32,337.87 |
| 03/22/18 | | Bay Area Surgical Specialists, Inc | Sale of Assets/Settlement | | 23,332.32 | | 55,670.19 |
| | {14} | | Transfer of records without consideraiton $1,000.00 | 1129-000 | | | 55,670.19 |
| | {20} | | Assets of business. $22,000.00 | 1129-000 | | | 55,670.19 |
| | {30} | | Release $332.32 | 1249-000 | | | 55,670.19 |
| 03/26/18 | {28} | State of California | Refund for overpayment of taxes year ending 12/17 | 1224-000 | 1,399.00 | | 57,069.19 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.17 | 57,024.02 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.28 | 56,944.74 |
| 05/31/18 | {17} | Cal Coast Credit Service, Inc | Post petition AR received from Cal Coast Credit Service for pre-petition services | 1221-000 | 1,294.25 | | 58,238.99 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.10 | 58,148.89 |
| 06/02/18 | {17} | PPS Elec Pmt Clearing House Trust | Turnover of outstanding AR | 1221-000 | 261.17 | | 58,410.06 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.83 | 58,329.23 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 89.49 | 58,239.74 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.56 | 58,153.18 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.60 | 58,108.58 |
| 10/07/18 | {17} | Anthem Blue Cross | Outstanding AR | 1221-000 | 131.20 | | 58,239.78 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.61 | 58,187.17 |
| 03/10/19 | 103 | Glosson Law | Claim Dividend paid 100.00% on $20,437.50 ] Claim Number Dkt Claim Filed Amount $33,262.50 | 3210-000 | | 20,437.50 | 37,749.67 |
| 03/10/19 | 104 | Bachecki,Crom & Co. | Claim Dividend paid 100.00% on | 3410-000 | | 12,875.50 | 24,874.17 |

Page Subtotals: $47,085.12 $34,681.64

Case: 17-52445   Doc# 73   Filed: 06/07/19   Entered: 06/07/19 09:05:35   Page 13 of 15

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | |
|---|---|---|
| **Case No.:** 17-52445 | **Trustee Name:** | Kari S. Bowyer (001760) |
| **Case Name:** South Valley Neurology, P.C. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***4142 | **Account #:** | ******3800 Checking |
| **For Period Ending:** 05/15/2019 | **Blanket Bond (per case limit):** | $55,486,801.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $12,875.50 ] Claim Number Dkt Claim Filed Amount $12,875.50 | | | | |
| 03/10/19 | 105 | Bachecki, Crom & Co. | Claim Dividend paid 100.00% on $105.28 ] Claim Number Dkt Claim Filed Amount $105.28 | 3420-000 | | 105.28 | 24,768.89 |
| 03/10/19 | 106 | Fox Rothschild LLP | Claim Dividend paid 100.00% on $9,822.50 ] Claim Number Dkt Claim Filed Amount $9,822.50 | 3210-600 | | 9,822.50 | 14,946.39 |
| 03/10/19 | 107 | Fox Rothschild LLP | Claim Dividend paid 100.00% on $399.11 ] Claim Number Dkt Claim Filed Amount $399.11 | 3220-610 | | 399.11 | 14,547.28 |
| 03/10/19 | 108 | Glosson Law | Claim Dividend paid 100.00% on $194.40 ] Claim Number Dkt Claim Filed Amount $194.40 | 3220-000 | | 194.40 | 14,352.88 |
| 03/10/19 | 109 | Kari S. Bowyer | Combined trustee compensation & expense dividend payments. | | | 6,264.93 | 8,087.95 |
| | | | Claims Distribution - Wed, 01-02-2019  $6,230.37 | 2100-000 | | | 8,087.95 |
| | | | Claims Distribution - Wed, 01-02-2019  $34.56 | 2200-000 | | | 8,087.95 |
| 03/10/19 | 110 | Internal Revenue Service | Claim Dividend paid 100.00% on $1,751.90 ] Claim Number 1 Claim Filed Amount $1,751.90 | 5800-000 | | 1,751.90 | 6,336.05 |
| 03/10/19 | 111 | Everbank Commercial Finance | Claim Dividend paid 100.00% on $2,532.42 ] Claim Number 2 Claim Filed Amount $2,532.42 | 7100-000 | | 2,532.42 | 3,803.63 |
| 03/10/19 | 112 | Pinnacle Bank c/o Dougherty & Guenther, APC | Claim Dividend paid 38.04% on $10,000.00 ] Claim Number 4U Claim Filed Amount $956,158.26 | 7400-000 | | 3,803.63 | 0.00 |
| | | **COLUMN TOTALS** | | | 59,607.30 | 59,607.30 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 59,607.30 | 59,607.30 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$59,607.30** | **$59,607.30** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** 17-52445 | **Trustee Name:** Kari S. Bowyer (001760) |
| **Case Name:** South Valley Neurology, P.C. | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***4142 | **Account #:** ******3800 Checking |
| **For Period Ending:** 05/15/2019 | **Blanket Bond (per case limit):** $55,486,801.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3800 Checking | $59,607.30 | $59,607.30 | $0.00 |
| | **$59,607.30** | **$59,607.30** | **$0.00** |